Alexander R. Vail
Nevada Bar # 14291
Law Office of Alexander R. Vail, L.L.C.
2970 West Sahara Avenue
Las Vegas, Nevada 89102
Phone: 702-370-5049
Email: alexander@vailimmigrationservices.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Elena RODRIGUEZ-ARRIAGA,

      Plaintiff,

   v.

Tracy RENAUD, in her official capacity as
Associate Director of the Service Center
Operations Directorate of United States
Citizenship and Immigration Services;
UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES.

      Defendants.

No. 2:22-cv-00566-APG-DJA

**STIPULATION AND ORDER
TO DISMISS PLAINTIFF'S
COMPLAINT WITHOUT
PREJUDICE**

//
//
//
//
//
//
//
//
//

1       It is hereby stipulated by and between the Plaintiff, through his counsel of record, and the

2  United States of America, on behalf of the above-named Federal Defendants, through its counsel

3  of record, that Plaintiff's lawsuit against Defendants be dismissed, without prejudice, with each

4  party to bear their own fees and costs.

5  Dated this 18th day of May 2022.

6  LAW OFFICE OF ALEXANDER R. VAIL,    CHRISTOPHER CHIOU
   L.L.C    Acting United States Attorney

7

8    */s/  Alexander R. Vail*      */s/ Brianna Smith*
9  Alexander R. Vail    Brianna Smith
   *Attorney for Plaintiff*    Assistant United States Attorney

10

11

12  **IT IS SO ORDERED**

13  **DATED this** 19th **day of May 2022**

14

15

16  **UNITED STATES DISTRICT JUDGE**

17

18

19

20

21

22

23

24

25

26

27

28